IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL LEAVY                                                                    PLAINTIFF

v.                            CASE NO. 6:16-cv-06124

CHARDONAY DIALYSIS CO. and
NURSE ABRAH ELLIS                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 24, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 48. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 38) be granted and that Plaintiff's claims be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 38) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2018.

                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    United States District Judge